**Electronically Filed
Supreme Court
SCOT-12-0000678
06-SEP-2012
02:55 PM**

NO. SCOT-12-0000678

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

―――――――――――――――――――――――――――

ARWIN R. ECHINEQUE, Plaintiff,

vs.

STATE OF HAWAIʻI, Defendant.

―――――――――――――――――――――――――――

ORIGINAL PROCEEDING

ORDER

(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon review of the complaint filed in the supreme court by plaintiff Arwin R. Echineque on August 20, 2012, it appears that we lack jurisdiction to consider the complaint. See HRS § 602-5 (Supp. 2011). Therefore,

IT IS HEREBY ORDERED that the complaint is dismissed.

DATED: Honolulu, Hawaiʻi, September 6, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

